IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DELILAH BOBINGER and MAGGIE MAE WALLER** | § § § § § | **PLAINTIFFS** |
| v. | § § | Civil No. 1:22cv140-HSO-BWR |
| **JACKSON COUNTY, MISSISSIPPI, et al.** | § § § § | **DEFENDANTS** |

### FEDERAL RULE OF CIVIL PROCEDURE 54(b) JUDGMENT OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS CITY OF OCEAN SPRINGS, MISSISSIPPI, PATRICK PIERCE, SUTTON EVERETT, JONATHAN CARROLL, PARKER BOURQUE, AL PARKER, AND MARK DUNSTON

Plaintiffs Delilah Bobinger and Maggie Mae Waller and Defendants City of Ocean Springs, Mississippi, Patrick Pierce, Sutton Everett, Jonathan Carroll, Parker Bourque, Al Parker, and Mark Dunston (the "Ocean Springs Defendants") have announced to the Court a settlement of Plaintiffs' claims against the Ocean Springs Defendants in this case, and these parties, having an informed understanding of their rights and the consequences of settlement, ask that the Court dismiss Plaintiffs' claims against the Ocean Springs Defendants with prejudice.  *See* Apr. 8, 2024, Min. Entry.

Although the settlement adjudicates the rights and liabilities of fewer than all the parties, the Court expressly determines that there is no just reason for delay in the entry of a final judgment as to all claims asserted against the Ocean Springs

Defendants pursuant to Federal Rule of Civil Procedure 54(b). Plaintiffs and the Ocean Springs Defendants have also all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter for 30 days to enforce the settlement agreement. *See id.* Accordingly, pursuant to Rule 54(b),

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Delilah Bobinger's and Plaintiff Maggie Mae Waller's claims against Defendants City of Ocean Springs, Mississippi, Patrick Pierce, Sutton Everett, Jonathan Carroll, Parker Bourque, Al Parker, and Mark Dunston are **DISMISSED WITH PREJUDICE**, and that the Court hereby specifically retains jurisdiction for 30 days from the date of entry of this Rule 54(b) Judgment of Dismissal to enforce the settlement agreement.

**SO ORDERED** this the 9th day of April, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE