IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DELILAH BOBINGER and MAGGIE MAE WALLER** § § § § § | | **PLAINTIFFS** |
| v. § § § | Civil No. 1:22cv140-HSO-BWR | |
| **JACKSON COUNTY, MISSISSIPPI, et al.** § § | | **DEFENDANTS** |

### FEDERAL RULE OF CIVIL PROCEDURE 54(b) JUDGMENT OF DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANTS WILLIAM ALLEN, JONATHAN BLAKNEY, KARLA BROWN, MIKE EZELL, SHONEEKA JOHNSON, JONTAVIOUS LETT, HAYLEY MCCAULEY, TYRONE NELSON, ROBERT VERZAL, CHAD VIDRINE, LAUREN WATKINS, LINDA WHATLEY, AND JACKSON COUNTY, MISSISSIPPI

Plaintiffs Delilah Bobinger and Maggie Mae Waller and Defendants William Allen, Jonathan Blakney, Karla Brown, Mike Ezell, Shoneeka Johnson, Jontavious Lett, Hayley McCauley, Tyrone Nelson, Robert Verzal, Chad Vidrine, Lauren Watkins, Linda Whatley, and Jackson County, Mississippi (the "Jackson County Defendants") have announced to the Court a settlement of Plaintiffs' claims against the Jackson Country Defendants in this case, and these parties, having an informed understanding of their rights and the consequences of settlement, ask that the Court dismiss Plaintiffs' claims against the Jackson County Defendants with prejudice.  *See* May 30, 2024, Notice of Settlement.

Although the settlement adjudicates the rights and liabilities of fewer than all the parties, the Court expressly determines that there is no just reason for delay

in the entry of a final judgment as to all claims asserted against the Jackson County Defendants pursuant to Federal Rule of Civil Procedure 54(b).  Accordingly, pursuant to Rule 54(b),

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Plaintiff Delilah Bobinger's and Plaintiff Maggie Mae Waller's claims against Defendants William Allen, Jonathan Blakney, Karla Brown, Mike Ezell, Shoneeka Johnson, Jontavious Lett, Hayley McCauley, Tyrone Nelson, Robert Verzal, Chad Vidrine, Lauren Watkins, Linda Whatley, and Jackson County, Mississippi, are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 31st day of May, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE