IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DELILAH BOBINGER and MAGGIE MAE WALLER** | § § § § § | **PLAINTIFFS** |
| v. | § § | Civil No. 1:22cv140-HSO-BWR |
| **VITALCORE HEALTH STRATEGIES, LLC** | § § § § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

Plaintiffs Delilah Bobinger and Maggie Mae Waller and Defendant Vitalcore Health Strategies, LLC (the "remaining parties") have announced to the Court a settlement of this case.  *See* Min. Entry, Oct. 28, 2024.[1]  The Court, being advised that the remaining parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. The remaining parties have all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter for 30 days to enforce the settlement agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction for 30 days from the date of entry of

---

[1] Plaintiffs' claims against all other Defendants have previously been dismissed.  *See* 2d Am. Compl. [115]; Rule 54(b) J. [192]; Rule 54(b) J. [200]; Stipulation [214].

this Final Judgment to enforce the settlement agreement between Plaintiffs Delilah Bobinger and Maggie Mae Waller and Defendant Vitalcore Health Strategies, LLC.

**SO ORDERED** this the 29th day of October, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE